# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:19-cr-490-LCB-SGC** |
| | ) | |
| **JONATHAN RYAN MILLER,** | ) | |
|     **Defendant.** | ) | |

## ORDER

The government has filed a Motion to Dismiss Indictment (Doc. 32), in the above-referenced case, pursuant to Defendant's entry of a guilty plea and sentencing in USA v. Jonathan Ryan Miller, 5:20-cr-398-LCB-SGC. Accordingly, the motion is **GRANTED**, and this case is dismissed with prejudice.

**DONE** and **ORDERED** this April 19, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE